IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF, | § § § § § § § § | Case No. 24-01047-smr |
| Plaintiffs, | | |
| v. | | |
| ALI CHOUDHRI | | |

| | | |
|---|---|---|
| MOKARAM-LATIF WEST LOOP, LTD. | § § § § § § § § § § § § § § § | Case No. 24-01048-smr |
| Plaintiff, | | |
| v. | | |
| ALI CHOUDHRI AND ANGEL VALLE, | | |
| Defendants, | | |
| v. | | |
| ALI MOKARAM, | | |
| Intervenor. | | |

| | | |
|---|---|---|
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF, | § § § § § § § § § | Case No. 24-01049-smr |
| Plaintiffs, | | |
| v. | | |
| ALI CHOUDHRI, | | |
| Defendant. | | |

| | |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD., | § |

|  |  |  |
|---|---|---|
| Plaintiff, | § § | Case No. 24-01050-smr |
| v. | § § |  |
| ALI CHOUDHRI AND ANGEL VALLE, | § § |  |
| Defendants, | § § |  |
| v. | § § |  |
| ALI MOKARAM, | § § |  |
| Intevenor. | § |  |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of Ali Choudhri, and request that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

> Paul Kirklin
> KIRKLIN LAW FIRM PLLC
> 12600 N Featherwood Dr, Suite 225
> Houston, Texas 77034
> T: (832) 969-1821
> F: (281) 605-5252
> pkirklin@kirklinlaw.com

This request encompasses all notices, copies and pleadings referred to any and all (i) sections of title 11 of the United States Code, and (ii) Rules contained in the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that effect or seek to effect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by the District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related

to this case, (3) to have the District Court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: October 7, 2024

KIRKLIN LAW FIRM PLLC

By: */s/Paul S. Kirklin*
Paul S. Kirklin
pkirklin@kirklinlaw.com
12600 N Featherwood Dr, Suite 225
Houston, TX 77034
(832) 969-1821
(281) 605-5252 – Fax

Attorney for Ali Choudhri

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Paul S. Kirklin*
Paul S. Kirklin